UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   14 CV 01640 (LDW) (ARL)
BSI MORTGAGE IV LLC,

                      Plaintiff

      -against-                                          **NOTICE OF APPEARANCE**

VEKRUM KAUSHIK s/h/a VEKRAM KAUSHIK,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR CITIBANK,
N.A., CITIBANK, N.A. AND JOHN DOE "1 through
12", said persons or parties having or claimed to have a right,
title or interest in the Mortgaged premises herein, their
respective names are presently unknown to the Plaintiff,

                      Defendants.
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE THAT** I, Spencer Sheehan, Esq., an attorney duly admitted to practice law before the United States District Court, Eastern District of New York, appears for Defendant Vekrum Kaushik in the above-entitled action and demands that you serve all papers in this action upon Defendant Vekrum Kaushik at the address stated below.

Dated: Great Neck, New York
           April 28, 2014

                                              Respectfully submitted,

                                              **SHEEHAN & ASSOCIATES, P.C.**
                                              *Attorneys for Defendant Vekrum Kaushik*

                          By: _____
                                  Spencer Sheehan, Esq. (SS8533)
                                  15 Morris Lane
                                  Great Neck, NY 11024
                                  Phone: (347) 635-4160
                                  Facsimile: (516) 234-7800
                                  spencer@spencersheehan.com